1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES FLOURNOY,                          No.  2:13-cv-1867 JAM DAD P

12                  Plaintiff,

13        v.                                  FINDINGS & RECOMMENDATIONS

14   MANJULA BOBBALA et al.,

15                  Defendants.

16

17        By order filed February 11, 2014, plaintiff's complaint was dismissed and thirty days

18   leave to file an amended complaint was granted.  Thirty days from that date have now passed, and

19   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

20        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22        These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24   after being served with these findings and recommendations, plaintiff may file written objections

25   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

26   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

27   /////

28   /////

                                            1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

(9th Cir. 1991).

Dated:  March 24, 2014

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
flou1867.fta

2