UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLOURNOY, | No. 2:13-cv-1867 JAM KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| MANJULA BOBBALA, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), the court shall honor plaintiff's request.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: March 3, 2016

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

flou1867.59